# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re: SPACEKEY COMPONENTS, INC.  § Case No. 14-73724-FJS
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John C. McLemore, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $719.62                                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $581,263.75             Claims Discharged
                                                         Without Payment: $1,972,428.85

Total Expenses of Administration: $399,279.18

---

3) Total gross receipts of $ 980,542.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $980,542.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 399,279.18 | 399,279.18 | 399,279.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,432,271.77 | 5,722,211.83 | 2,517,694.83 | 581,263.75 |
| **TOTAL DISBURSEMENTS** | $5,432,271.77 | $6,121,491.01 | $2,916,974.01 | $980,542.93 |

4) This case was originally filed under Chapter 7 on October 14, 2014. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2018          By: /s/John C. McLemore
                                                Trustee, Bar No.: 18853

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BAE Systems judgment entered August 27, 2013 | 1149-000 | 25,542.93 |
| Potential Claim ags. William Key | 1149-000 | 940,000.00 |
| Retainer on hand with Orr & Reno | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$980,542.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - John C. McLemore | 2100-000 | N/A | 52,277.15 | 52,277.15 | 52,277.15 |
| Trustee Expenses - John C. McLemore | 2200-000 | N/A | 68.45 | 68.45 | 68.45 |
| Other - Barry Strickland & Company | 3410-000 | N/A | 6,800.80 | 6,800.80 | 6,800.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Barry Strickland & Company | 3420-000 | N/A | 81.45 | 81.45 | 81.45 |
| Other - McIntyre Stein, PLLC | 3220-000 | N/A | 385.85 | 385.85 | 385.85 |
| Other - McIntyre Stein, PLLC | 3210-000 | N/A | 8,197.50 | 8,197.50 | 8,197.50 |
| Other - Kaufman & Canoles, PLC | 3220-000 | N/A | 5,027.52 | 5,027.52 | 5,027.52 |
| Other - Kaufman & Canoles, PC | 3210-000 | N/A | 314,607.25 | 314,607.25 | 314,607.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.94 | 12.94 | 12.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.99 | 22.99 | 22.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.52 | 21.52 | 21.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.77 | 20.77 | 20.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.61 | 23.61 | 23.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.65 | 20.65 | 20.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.62 | 20.62 | 20.62 |
| Other - Insurance Partners | 2300-000 | N/A | 3.45 | 3.45 | 3.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.44 | 23.44 | 23.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.56 | 20.56 | 20.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.53 | 20.53 | 20.53 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.33 | 23.33 | 23.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.47 | 20.47 | 20.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.26 | 23.26 | 23.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.11 | 21.11 | 21.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.38 | 20.38 | 20.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.46 | 22.46 | 22.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.02 | 21.02 | 21.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.45 | 22.45 | 22.45 |
| Other - Insurance Partners | 2300-000 | N/A | 6.96 | 6.96 | 6.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.61 | 19.61 | 19.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.68 | 21.68 | 21.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.55 | 19.55 | 19.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.01 | 23.01 | 23.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.88 | 20.88 | 20.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.16 | 20.16 | 20.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.91 | 22.91 | 22.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.10 | 20.10 | 20.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.15 | 22.15 | 22.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.73 | 20.73 | 20.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 744.94 | 744.94 | 744.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,278.72 | 1,278.72 | 1,278.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,278.52 | 1,278.52 | 1,278.52 |
| Other - Insurance Partners | 2300-000 | N/A | 405.81 | 405.81 | 405.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,367.85 | 1,367.85 | 1,367.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,319.94 | 1,319.94 | 1,319.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,500.04 | 1,500.04 | 1,500.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,316.02 | 1,316.02 | 1,316.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,067.02 | 1,067.02 | 1,067.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 951.05 | 951.05 | 951.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $399,279.18 | $399,279.18 | $399,279.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | William C. Key | 7100-000 | 3,204,517.00 | 3,204,517.00 | 0.00 | 0.00 |
| 2 | BAE Sys. Information and Electronics Sys. | 7100-000 | 2,191,757.00 | 2,517,694.83 | 2,517,694.83 | 581,263.75 |
| NOTFILED | American Express | 7100-000 | 195.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Orr & Reno, P.A. c/o Jeffrey C. Spear, Esq. | 7100-000 | 35,802.77 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$5,432,271.77** | **$5,722,211.83** | **$2,517,694.83** | **$581,263.75** |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-73724-FJS  **Trustee:** (660360) John C. McLemore
**Case Name:** SPACEKEY COMPONENTS, INC.  **Filed (f) or Converted (c):** 10/14/14 (f)
**§341(a) Meeting Date:** 11/19/14
**Period Ending:** 11/13/18  **Claims Bar Date:** 02/24/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account maintained with BB&T, ending#31 | 119.62 | 119.62 | | 0.00 | FA |
| 2  BAE Systems judgment entered August 27, 2013   Litigation being pursued.  Ultimate evaluation is unknown. | 25,362.00 | 1.00 | | 25,542.93 | FA |
| 3  Potential Claim ags. William Key   Litigation being pursued. Ultimate evaluation is unknown. | 0.00 | 940,000.00 | | 940,000.00 | FA |
| 4  desktop computer | 100.00 | 0.00 | | 0.00 | FA |
| 5  office desk  (u) | 500.00 | 0.00 | | 0.00 | FA |
| 6  Retainer on hand with Orr & Reno | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 6  Assets   Totals (Excluding unknown values) | **$41,081.62** | **$955,120.62** | | **$980,542.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/05/18:  No objections filed.  Order entered approving fees.  Disbursement to claimant.
09/11/18:  TFR approved for filing.
09/04/18:  Check cleared account.  TFR prepared and emailed to UST for review.
08/28/2018:  Ordered entered  (Doc. #90) approving fees & expenses to Barry Strickland & Company.  Check cut and mailed.
08/15/18:  Check cut and disbursed to McIntyre Stein for fees and expenses.
08/14/18:  Order entered approving fees and expenses to McIntyre Stein. (Doc. #87).
08/07/2018:  Hearing held and application to approve fees and expenses for McIntyre Stein approved.
08/06/2018:  Receipt of $25,542.93 reflecting payment on Judgment against BAE.  Deposited into bank.
07/05/2018:  Check cut to Kaufman & Canoles.
07/02/2018:  Order entered approving fees and expenses to Kaufman & Canoles. (Doc. #76)
06/19/18:  Hearing on Fee Application for Kaufman & Canoles.  Application approved.
05/18/2018:  Review Kaufman & Canoles fee application.
04/10/2018:  Attend hearing before court.
1/31/2018:  Review emails from Paul Campsen regarding orders ending non-bankruptcy litigation; t/c with Paul Campsen and Wall, Einhorn & Chernitzer confirming Wall, Einhorn & Chernitzer invoices paid in full by BAE; review John McIntyre fee application.
1/30/2018:  Review emails regarding Orders ending  NH and Key  non-bankruptcy litigation and emails from Paul Campsen, Steve Brown and Sheely.
1/9/2018: Email to Barry Strickland requesting 2017 tax returns.
1/27/2018:  Review emails between Paul Campsen and Steve Brown regarding orders in NH litigation.
1/25/2018:  Filed tax returns.
1/09/2018:  Received $400,000.00, which is balance of settlement funds.  Sent information to CPA to prepare 2017 tax returns.  File TFR following tax returns and professional fee applications.
11/30/17:  Partial settlement proceeds deposit sent to bank.

Printed: 11/13/2018 11:32 AM     V.14.14

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-73724-FJS  
**Case Name:** SPACEKEY COMPONENTS, INC.

**Trustee:** (660360) John C. McLemore  
**Filed (f) or Converted (c):** 10/14/14 (f)  
**§341(a) Meeting Date:** 11/19/14

**Period Ending:** 11/13/18  
**Claims Bar Date:** 02/24/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/29/17:  Trustee receipt of 1st payment per Settlement Agreement. $540,000.00.

11/17/2017:  Motion to Approve Settlement filed with court. Docket #52.

10/18/2017:  Review and proposed changes to Settlement Agreement.

10/17/2017:  Emails with Paul Campsen regarding getting the Settlement Agreement done.

09/22/17:  Trustee review of claims filed.

09/19/2017:  Attend status conference on settlement.

09/18/2017:  Review latest revisions to settlement agreement and prepare for status conference.

09/15/2017:  Emails with Barry Strickland regarding potential tax implications on settlement and timing on receipts/disbursement over 2 years.

09/14/2017:  Review and revisions to settlement agreement.

09/12/2017:  Telephone call with Paul Campsen regarding settlement and issues to address.

06/21/17:  Telephone call with Dennis Lewandowski regarding settlement negotiations.

04/17/2017:  Email exhanges regarding mediation agreement/settlement.

04/11/2017:  Pre-trial hearing.

04/05/17:  Order entered employing accountant.  (Doc. #49)

3/13/2017:  Motion to Employ Accountant filed.

2/28/2017:  Telephone call with Paul Campsen regarding strategy and issues associated with affidavit and protective order, especially look back period of affidavit.

2/22/2017:  Review proposed protective order, proposed affidavit and modifications; Emails and telephone call with Mr. Lewandowski regarding protective order, settlement.

2/14/2017:  Attend pre-trial conference in bankruptcy court and follow up with Mr. Lewandowski and Mr. McIntyre.

1/23/2017:  Review docket and pleadings status in Adversary Proceeding vs. Key.

12/22/2016:  Review amended complaint in adversary against Mr. Key.

12/13/2016:  Telephone calls and emails with counsel regarding status of filings and negotiations.

12/4/2016:  Review court orders.

11/21/2016:  Emails and review document requests.

11/1/2016:  Attend court hearing on Motion to Dismiss.

10/11/2016:  Meeting with counsel at Kaufman & Canoles.

09/15/2016:  Plaintiff's Response in Opposition to Defendant's Motion to Dismiss filed by Trustee in Adversary Proceeding.

09/12/2016:  Agreed Joint Proposed Discovery Plan prepared by Dennis Lewandowski.

09/7/2016:  JCM meeting with Dennis Lewandowski and John McIntyre on Discovery Plan conference.

09/1/2016:  Motion to Dismiss Count V and Count XIII in the Adversary Proceeding filed by Steve Brown, counsel for William C. Key.

07/28/2016:  Review final complaint.

06/30/2016:  Review email regarding Rule 2004 of CPA.

06/24/2016:  Review draft complaint and memo from Kaufman &Canoles and Mr. McIntyre's letter; meeting with counsel.

04/07/16:  Email from Dennis Lewandowski on retaining Wall Einhorn for accounting services in case.  JCM reviewed letter to retain, approved and requested that Motion to Retain be filed.

03/11/2016:  Office conference with Mr. Campsen to review documents available and needed.

03/08/2016:  Conference call with Mr. McIntyre,  Mr. Campsen and Mr. Lewandowski regarding issues associated with retaining CPA firm.

02/29/2016:  Email from Mr. Lewandowski on accounting firm and from Mr. Campsen on associate's legal memo.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-73724-FJS  **Trustee:** (660360) John C. McLemore
**Case Name:** SPACEKEY COMPONENTS, INC.  **Filed (f) or Converted (c):** 10/14/14 (f)
  **§341(a) Meeting Date:** 11/19/14
**Period Ending:** 11/13/18  **Claims Bar Date:** 02/24/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/28/2016: Email exchanges with Ms. Cotter regarding status report and case progress on documents.
11/17/2015: Meeting with Messrs. McIntyre and Campsen regarding litigation strategy.
11/3/2015: Office conference with Mr. McIntyre.
9/16/2015: Hearing on application to employ Kaufman & Canoles.
8/7/2015: Application filed to employ Kaufman & Canoles as Special Counsel; email to Mr. McIntyre.
7/16/2015: JCM meeting with John McIntyre on adversary proceeding.
04/07/15: Claims reviewed.  Waiting on Gov't poc (4/12/) deadline for JCM to certify.
2/23/2015: Order entered on application to employ John McIntyre.
02/13/15: Review and reply to two emails from John McIntyre, including review and approve draft letter of Mr. McIntyre to Paul Campsen.
01/23/2015: Meeting with Mr. McIntyre.
01/05/15: Meeting with Mr. McIntyre regarding case background, potential claims issues and retention of counsel.
12/10/14: Conduct adjournded 341 meeting.
11/20/14: Declared Asset case.  Potential complex litigation against sole shareholder.
11/19/2014: Initial 341 meeting.
10/30/2014: Meeting with Steve Brown and Sam Meeking regarding case background and litigation between BAE and Spacekey.

**Initial Projected Date Of Final Report (TFR):** December 31, 2016   **Current Projected Date Of Final Report (TFR):** September 11, 2018  (Actual)

_____
November 13, 2018
Date

/s/ John C. McLemore
_____
John C. McLemore

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-73724-FJS  
**Case Name:** SPACEKEY COMPONENTS, INC.  
**Taxpayer ID #:** **-***4590  
**Period Ending:** 11/13/18  

**Trustee:** John C. McLemore (660360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/15 | {6} | Orr & Reno, PA | Spacekey: Retainer Check | 1129-000 | 15,000.00 | | 15,000.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 14,987.06 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.99 | 14,964.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.52 | 14,942.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.77 | 14,921.78 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.61 | 14,898.17 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.65 | 14,877.52 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.62 | 14,856.90 |
| 03/10/16 | 101 | Insurance Partners | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2016 FOR CASE #14-73724, Invoice #255937; Effective Date: 3/1/2016 | 2300-000 | | 3.45 | 14,853.45 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.44 | 14,830.01 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.56 | 14,809.45 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.53 | 14,788.92 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.33 | 14,765.59 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.47 | 14,745.12 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.26 | 14,721.86 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.11 | 14,700.75 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.38 | 14,680.37 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.46 | 14,657.91 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 14,636.89 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.45 | 14,614.44 |
| 02/28/17 | 102 | Insurance Partners | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2017 FOR CASE #14-73724<br>Voided on 02/28/17 | 2300-000 | | 6.96 | 14,607.48 |
| 02/28/17 | 102 | Insurance Partners | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2017 FOR CASE #14-73724<br>Voided: check issued on 02/28/17 | 2300-000 | | -6.96 | 14,614.44 |
| 02/28/17 | 103 | Insurance Partners | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/28/2017 FOR CASE #14-73724; Inv. #391165 | 2300-000 | | 6.96 | 14,607.48 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.61 | 14,587.87 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.68 | 14,566.19 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.55 | 14,546.64 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.01 | 14,523.63 |

Subtotals: $15,000.00  $476.37

{} Asset reference(s)

Printed: 11/13/2018 11:32 AM   V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-73724-FJS  
**Case Name:** SPACEKEY COMPONENTS, INC.  
**Taxpayer ID #:** **-***4590  
**Period Ending:** 11/13/18

**Trustee:** John C. McLemore (660360)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.88 | 14,502.75 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.16 | 14,482.59 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.91 | 14,459.68 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.10 | 14,439.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.15 | 14,417.43 |
| 11/30/17 | {3} | Kaufman & Canoles, P.C. | Spacekey: Partial Settlement Check | 1149-000 | 540,000.00 | | 554,417.43 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.73 | 554,396.70 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 744.94 | 553,651.76 |
| 01/09/18 | {3} | William C. Key | Balance of Settlement Proceeds | 1149-000 | 400,000.00 | | 953,651.76 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,278.72 | 952,373.04 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,278.52 | 951,094.52 |
| 03/14/18 | 104 | Insurance Partners | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/14/2018 FOR CASE #14-73724, Invoice #526032; Effective Date: 3/1/2018 | 2300-000 | | 405.81 | 950,688.71 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,367.85 | 949,320.86 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,319.94 | 948,000.92 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,500.04 | 946,500.88 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,316.02 | 945,184.86 |
| 07/05/18 | 105 | Kaufman & Canoles, PC | Fees and Expenses: Special Counsel Order Docket #76 | | | 319,634.77 | 625,550.09 |
| | | | Fees: Order Docket #76     314,607.25 | 3210-000 | | | 625,550.09 |
| | | | Expenses: Order Docket #76     5,027.52 | 3220-000 | | | 625,550.09 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,067.02 | 624,483.07 |
| 08/06/18 | {2} | BAE Shared Services, Inc. | Spacekey: BAE Judgment Payment | 1149-000 | 25,542.93 | | 650,026.00 |
| 08/15/18 | 106 | McIntyre Stein, PLLC | Fee and Expenses as Counsel for Trustee | | | 8,583.35 | 641,442.65 |
| | | | ATTYFEES FOR COUNSEL TO TRUSTEE     8,197.50 | 3210-000 | | | 641,442.65 |
| | | | ATTYEXP FOR COUNSEL TO TRUSTEE     385.85 | 3220-000 | | | 641,442.65 |
| 08/28/18 | 107 | Barry Strickland & Company | Fees and Expenses for Accounting Services | | | 6,882.25 | 634,560.40 |
| | | | Accountant Fees     6,800.80 | 3410-000 | | | 634,560.40 |
| | | | Accountant Expenses     81.45 | 3420-000 | | | 634,560.40 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 951.05 | 633,609.35 |

Subtotals :     $965,542.93     $346,457.21

{} Asset reference(s)

Printed: 11/13/2018 11:32 AM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 14-73724-FJS | **Trustee:** John C. McLemore (660360) |
| **Case Name:** SPACEKEY COMPONENTS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1366 - Checking Account |
| **Taxpayer ID #:** **-***4590 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 11/13/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/18 | 108 | BAE Sys. Information and Electronics Sys. Integration, Inc. | Dividend paid 23.08% on $2,517,694.83; Claim# 2; Filed: $2,517,694.83; Reference: | 7100-000 | | 581,263.75 | 52,345.60 |
| 10/05/18 | 109 | John C. McLemore | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 52,345.60 | 0.00 |
| | | | Dividend paid 100.00%     52,277.15 on $52,277.15;  Claim# ; Filed: $52,277.15 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     68.45 on $68.45;  Claim# ; Filed: $68.45 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 980,542.93 | 980,542.93 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 980,542.93 | 980,542.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$980,542.93** | **$980,542.93** | |

Net Receipts : 980,542.93

Net Estate : $980,542.93

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1366** | 980,542.93 | 980,542.93 | 0.00 |
| | **$980,542.93** | **$980,542.93** | **$0.00** |

November 13, 2018                                /s/ John C. McLemore
_____        _____
                Date                                           John C. McLemore